# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | |
|---|---|
| RODNEY WHIDDON | |
| v. | CIVIL ACTION NO: 3:23-CV-0211-D |
| C-LEVEL TRUCKING, LLC AND JOSEPH BENNETT | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME TO BE CONSIDERED ON the Joint Notice of Non-Suit with Prejudice of this cause of action. The Court having considered the Notice enters the following order:

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this all of Plaintiff Rodney Whiddon's claims against Defendants C-Level Trucking, LLC and Joseph Bennett are dismissed with Prejudice. Costs are taxed against the parties incurring the same.

This is a final order disposing with prejudice all claims asserted in this lawsuit.

Signed July 3, 2024.

_____
**SIDNEY A. FITZWATER**
**SENIOR JUDGE**